**Entered on Docket**
**February 22, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

1
2
3
4
5
6

7

8  PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
9  EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
10  4375 Jutland Drive, Suite 200
P.O. Box 17933
11  San Diego, CA 92177-0933
Telephone: (858) 750-7600
12  Facsimile: (619) 590-1385
E-mail:  ecfnvb@piteduncan.com
13

14  ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
15  3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146
16

Attorneys for  Secured Creditor WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER
17              TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS
                WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

18

19                    UNITED STATES BANKRUPTCY COURT

20                         DISTRICT OF NEVADA

21

| | |
|---|---|
| In re | Bankruptcy Case No. BK-S-09-21662-mkn<br>Chapter 13 |
| KENNETH J. HYRKA AND JUDITH ANN<br>HYRKA, | WELLS FARGO BANK, N.A.,<br>SUCCESSOR BY MERGER TO WELLS<br>FARGO BANK SOUTHWEST, N.A. |
| Debtor(s). | FORMERLY KNOWN AS WACHOVIA<br>MORTGAGE, FSB, FKA WORLD<br>SAVINGS BANK, FSB'S ORDER<br>TERMINATING AUTOMATIC STAY<br>Date:    December 23, 2009<br>Time:   10:30 A.M. |

22
23
24
25
26
27
28

1    A hearing on Secured Creditor Wells Fargo Bank, N.A., successor by merger to

2 Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, fka World

3 Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing

4 in the United States Bankruptcy Court before the Honorable Mike K. Nakagawa.

5    The court having duly considered the papers and pleadings on file herein and

6 being fully advised thereon and finding cause therefor:

7    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

8    The automatic stay of 11 United States Code section 362 is hereby immediately

9 terminated as it applies to the enforcement by Movant of all of its rights in the real property

10 under the Note and Deed of Trust encumbering the real property commonly known as 10405

11 Carmel Mountain Ave, Las Vegas, Nevada 89144-1219 ("Real Property"), which is legally

12 described as:

13    SEE LEGAL DESCRIPTION ATTACHED
       HERETO AS EXHIBIT A AND MADE A PART
14    HEREOF.

15

16

17    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may

18 offer and provide Debtors with information re: a potential Forbearance Agreement, Loan

19 Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and

20 may enter into such agreement with Debtors.  However, Movant may not enforce, or threaten to

21 enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this

22 bankruptcy case.

23    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon entry of

24 this Order, the Trustee shall cease payment on Secured Creditor's Proof of Claim.  Secured

25 Creditor's Proof of Claim is allowed in t he amount of payments made to date by the Trustee.

26    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon

27 disposition of the Real Property, Secured Creditor may amend said Proof of Claim and share in

28 any distribution from the date of the filing of the amended Claim pursuant to the confirmed Plan.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Trustee is not required to recover previous distributions from other creditors for distribution on Secured Creditor's amended claim.  This may result in a percentage of payment on Secured Creditor's amended Claim different than to other creditors.

APPROVED/DISAPPROVED

_____
KATHLEEN A. LEAVITT
TRUSTEE

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 'A'

File No.:

Property:        **10405 Carmel Mountain Avenue, Las Vegas, NV 89144**

**PARCEL ONE (1):**

**LOT SEVENTY-FOUR (74) IN BLOCK "D" OF DISCOVERY HILLS UNIT 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 72 OF PLATS, PAGE 51 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

**PARCEL TWO (2):**

**A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL ONE (1) FOR USE AND ENJOYMENT IN AND TO THE ASSOCIATION PROPERTY COMMON ELEMENTS AND PRIVATE STREETS AS SET FORTH IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATIONS AND EASEMENTS FOR SUMMERLIN COMMUNITY ASSOCIATION RECORDED SEPTEMBER 25, 1990 IN BOOK 900925 AS DOCUMENT NO. 01274, AND AS FURTHER SET FORTH IN THE DECLARATION OF DEVELOPMENT COVENANTS AND RESTRICTIONS BY WOODSIDE HOMES OF NEVADA, INC., RECORDED SEPTEMBER 20, 1995 IN BOOK 950920 AS DOCUMENT NO. 01296, AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED, ALL IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

**A.P.N. 137-25-518-027**

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐      The court has waived the requirement of approval under LR 9021.

☐      I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

☒      This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐      This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐      Approved.

☐      Disapproved.

☒      Failed to respond. - Trustee

                                          ###

Submitted by:

/s/ JACQUE A. GRUBER
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11385
Attorney for WELLS FARGO
BANK, N.A., SUCCESSOR BY
MERGER TO WELLS FARGO
BANK SOUTHWEST, N.A.
FORMERLY KNOWN AS
WACHOVIA MORTGAGE,
FSB, FKA WORLD SAVINGS
BANK, FSB